The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHACHALOUNGE LLC D/B/A CHA CHA
LOUNGE & BIMBO'S CANTINA, and
JOWW LLC D/B/A/ PERCY'S & CO.,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, *et al*.

Defendants.

Case No. 2:21-cv-01578-BJR

**ORDER STAYING MATTER AND
CONTINUING OSC PENDING
DECISION BY WASHINGTON
SUPREME COURT**

Having read and considered the parties' stipulation and for good cause, the Court stays this matter pending a decision by the Washington Supreme Court in *Hill and Stout PLLC v. Mutual of Enumclaw Insurance Co*., Case No. 100211-4, and continuing Defendants' response to the OSC to 14 days after such a final decision is announced.

SO ORDERED.
DATED this 13th day of May, 2022.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Order Staying Proceedings and Continuance of OSC
 - Page 1
Case No. 2:21-cv-01578-BJR

270604276v.1

WILSON ELSER
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main)  ●  206.709.5901(Fax)