The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHACHALOUNGE LLC D/B/A CHA CHA LOUNGE & BIMBO'S CANTINA, and JOWW LLC D/B/A/ PERCY'S & CO., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. RTB-000493-01, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. RTB-000494-01, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendants. | No. 2:21-CV-01578BJR<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby respectfully move for an order dismissing the above-captioned appeal with prejudice. The parties have agreed that each side shall bear their own costs and fees.

STIPULATED MOTION FOR VOLUNTARY DISMISSAL (2:21-CV-01578BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | DATED this 9th day of September, 2022.

2

3 | KELLER ROHRBACK L.L.P.

4 | By *s/ Gabriel E. Verdugo*
By *s/ Nathan L. Nanfelt*

5 | Gabriel E. Verdugo, WSBA #44154
Nathan L. Nanfelt, WSBA #45273

6 | 1201 Third Avenue, Suite 3200
Seattle, WA 98101

7 | Tel.: (206) 623-1900
Fax: (206) 623-3384

8 | Email: gberdugo@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

9

10 | ***Attorneys for Plaintiffs and the Proposed Classses***

11 | WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

12

13

14 | By _____
B. Otis Felder, WSBA #24057

15 | 1700 7th Avenue, Suite 2100
Seattle, WA 98101

16 | Tel.: (206) 709-5900
Fax: (206) 709-5901

17 | Email: otis.felder@wilsonelser.com

18 | ***Attorneys for Specially Appearing Defendants Certain Underwriters and Lloyd's, London severally subscribing to Policy No. RTB-0000493-01 and Policy No. RTB-000494-01***

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR VOLUNTARY DISMISSAL
(2:21-CV-01578BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384